UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
EUGENE DUNCAN,                                              **DEFAULT JUDGMENT**

                      Plaintiff,

                                                                                                   *Civil Action No.:*
      -against-                                                    1:19-cv-08130-DAB

FIRE ISLAND HOTEL, LTD,

                      Defendants.
-------------------------------------X

     NOW THEREFORE, This action having been commenced on August 30, 2019 by the filing of the summons, civil cover sheet and complaint, and a copy of the same having been served through the secretary of state on September 26, 2019 and the Defendant not having answered the complaint, and the time for answering the complaint having expired, it is

     ORDERED, ADJUDGED, AND DECREED: That the Plaintiff have judgment against the Defendant, to take all steps necessary to remediate its Website into full compliance with the requirements set forth in the ADA and WCAG 2.0 AA guidelines, and their implementing regulations, so that the Website is readily accessible to and usable by visually impaired individuals.

     Further, that the Plaintiff be awarded be awarded, not less than, five hundred dollars ($500) in compensatory damages based on the Defendant's violation of the New York City Human Rights Law and the New York State Human Rights law; the Defendant to comply with the terms of the Final Judgment within sixty (60) days of the entry of judgment; and this Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within ninety (90) days of entry of this Final Judgment.

Dated: New York, New York

_____

 

_____
                U.S.D.J

This document was entered on the docket on_____.