```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
---------------------------------------------------------X ELECTRONICALLY FILED
                                                          DOC #:_____
                                                          DATE FILED: 4/6/2020
```

EUGENE DUNCAN, and on behalf of all other persons similarly situated,

                        Plaintiffs,           19-cv-08130 (LJL)

        -v-                                      ORDER

FIRE ISLAND HOTEL, LTD,

                        Defendant.

---------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The letter-motion to adjourn conference (Dkt. No. 20) is GRANTED. The conference previously set for April 8, 2020 is CANCELLED.

    Plaintiff shall move for default judgment no later than June 8, 2020 if Defendants have not, by that time, responded to the Complaint.

    IT IS FURTHER ORDERED that a status conference is set for July 9, 2020 at 10:30 a.m. If Defendants have appeared, that conference will proceed as an Initial Pretrial Conference. If they have not, it will proceed as a hearing on the motion for default judgment.

SO ORDERED.

Dated: April 6, 2020                      _____
      New York, New York                LEWIS J. LIMAN
                                                United States District Judge