UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
EUGENE DUNCAN,                                             **MOTION FOR DEFAULT JUDGMENT**

                     Plaintiff,

                                                                       *Civil Action No.:*
       -against-                                                              1:19-cv-08130-DAB

FIRE ISLAND HOTEL, LTD,

                     Defendants.
-------------------------------------X

Plaintiff moves this court for a judgment by default in this action, and shows that the complaint in the above case was filed in this court on August 30, 2019; the summons and complaint were duly served on the Defendant Fire Island Hotel, LTD, through the secretary of state on September 26, 2019; no answer or other defense has been filed by the Defendant; a certificate of default was entered in the civil docket in the office of this clerk on November 20, 2019; Defendant is not in military service and is not an infant or incompetent as appears in the affirmation of Bradly G. Marks submitted herewith.

Wherefore, Plaintiff moves that this Court enter a judgment as follows:

1. Remove their website WWW.FIREISLANDHOTEL.COM from public access on the world wide web.

2. Cease operation of the website WWW.FIREISLANDHOTEL.COM until brought into compliance with the Americans With Disabilites Act, applying the WCAG 2.0 AA guidelines at a minimum, so that the website WWW.FIREISLANDHOTEL.COM is readily accessible to and usable by visually impaired individuals; and

3. Institute a corporate policy that is reasonably calculated to cause its Websites to become and remain accessible, including regularly check the accessibility of the Website under the WCAG 2.0 AA guidelines (monthly).

4. Develop an accessibility policy that is clearly disclosed on Defendant's websites WWW.FIREISLANDHOTEL.COM with contact information for users to report accessibility-related problems and requires that any third-party vendors who participate on its website to be fully accessible to the disabled by conforming with WCAG 2.0 AA criteria.

5. That the Plaintiff be awarded five hundred dollars ($500) in compensatory damages based on the Defendant's violation of the New York City Human Rights Law and the New York State Human Rights law.

6. That the Defendant is to comply with the terms of the Final Judgment within sixty (60) days of the entry of judgment.

7. That this Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within ninety (90) days of entry of this Final Judgment.

8. For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
        June 8, 2020

                                      THE MARKS LAW FIRM

                                    By:_____
                                     Bradly G. Marks
                                     Attorney for Plaintiff

175 Varick Street, 3rd Fl
New York, NY 10014
T:(646) 770-3775
brad@markslawpc.com