```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EUGENE DUNCAN, and on behalf of all other persons                  :
similarly situated,                                                :
                                                                   :
                              Plaintiff,                           :    19-cv-08130 (LJL)
                                                                   :
          -v-                                                      :    ORDER
                                                                   :
FIRE ISLAND HOTEL, LTD,                                            :
                                                                   :
                              Defendant.                           :
                                                                   X
---------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      On April 6, 2020, the Court ordered Plaintiff to file any motion for default judgment no later than June 8, 2020 in conformity with the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  Attachment A to the Court's Individual Practices in Civil Cases requires, *inter alia*, that a party moving for default judgment must identify "the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs," "evidence in support of the proposed damages, including contemporaneous records and other such documentation," and "legal authority for why an inquest into damages is or is not necessary."

      The Court has reviewed Plaintiff's application (Dkt. Nos. 23-25) and has concluded that it is deficient in the above respects.

      Plaintiff shall file a supplemented application for default judgment no later than July 22, 2020 at 5:00 p.m.

      The hearing previously set for July 9, 2020 is CANCELLED. The Clerk of Court is respectfully directed to terminate Dkt. No. 23.

      SO ORDERED.

Dated: July 4, 2020
      New York, New York

LEWIS J. LIMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/4/2020