# THE MARKS LAW FIRM, P.C.

July 22, 2020

**Via ECF:**
Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, New York 10007

SO ORDERED.

7/24/2020

*[signature]*
LEWIS J. LIMAN
United States District Judge

RE:   **Eugene Duncan v. Fire Island Hotel, LTD**
      Docket: 1:19-cv-8130-LJL

Dear Judge Liman,

    Plaintiff respectfully requests additional time to file supporting application for default judgment against Fire Island Hotel, LTD and to move for default judgement against the other Defendant in this matter, Ocean Bay Park Hotel Associates, Inc. as well. On July 4, 2020, the Court gave Plaintiff until July 22, 2020 to file supporting application for default judgment in this matter. Due to a clerical error caused by current working conditions, Plaintiff did not include Ocean Bay Park Hotel Associates in the motion for default and supporting papers. Therefore, Plaintiff requests an additional seven (7) days to submit supporting paperwork including a request for a Clerk's certificate of default and a motion for default against Ocean Bay Park Hotel Associate, Inc. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *[signature]*
A. Evelyn Rodriguez

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com